
Copies sent
7/25/05
7pm

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

vs.

**KENNIEJO JONES**

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 7:05-CR-297 (GHL)

_____Waived_____
Attorney for Defendant

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JUL 2 1 2005
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] as to count(s) 1 and 2

**THERE WAS A:**
__ finding __ verdict] of guilty as to count(s)_____.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Operating a motor vehicle while having .08 percent or more by weight of alcohol in her blood, and operating a motor vehicle while intoxicated, in violation of Title 18, United States Code, Section 7 & 13, assimilating Sections 1192.2 and 1192.3 of the New York State Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:** June 28, 2005

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $500.00 payable by November 1, 2005 and a $25.00 special assessment payable in one week, by July 20, 2005. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that Defendant is placed on one year of unsupervised probation.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver a certified copy of this judgment to the United States Marshal of this district and to the New York State Department of Motor Vehicles.

_____July 13, 2005_____
Date of Imposition of Sentence

_____July 21, 2005_____
DATE SIGNED

_____/s/ George H. Lowe_____
GEORGE H. LOWE
U.S. Magistrate Judge